IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DANIELLE JEANETTE WOOD, | Cause No. CV 25-201-M-BMM |
| Petitioner, | |
| vs. | ORDER |
| AUSTIN KNUDSEN, ATTORNEY GENERAL FOR THE STATE OF MONTANA; JANIA HATFIELD, SANDERS COUNTY ATTORNEY; SHAWN FIELDERS, SANDERS COUNTY SHERIFF, | |
| Respondents. | |

Petitioner Wood, through counsel, seeks leave of the Court to proceed in forma pauperis ("IFP") on appeal. (Doc. 8.) The affidavit, declaration provided by counsel, and Petitioner Wood's inmate account statement reveal she is unable to afford all costs associated with an appeal. (*See* Doc. 9-1, Doc. 9-2, and Doc. 9-3.)

Accordingly, the motion to proceed IFP (Doc. 8) is GRANTED and the filing fee is waived.

DATED this 15th day of July, 2026.

_____
Brian Morris, Chief District Judge
United States District Court